## (November 16, 1961)

In the Matter of the Claim of JANETTE LAWYER, Appellant, v. HOTEL ONONDAGA OPERATING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

—Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON HAROLD MARTINDALE, Appellant.—

Coon, J. P., Herlihy, Reynolds and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WHEELER, Appellant, v. W. CECIL JOHNSTON, as Director of Dannemora State Hospital, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.